**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  10-cv-01662-REB

SCOTT P. HEDDINGS,

        Applicant,

v.

RENE GARCIA, Warden

        Respondent.

---

**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT**

---

**Blackburn, J.**

        This matter is before me on the applicant's **Motion To Alter or Ammend** (sic)

**Judgment (Reconsideration) Under F.R.Civ. Proc. 59(e)** [#27] filed July 14, 2011.  I

deny the motion.

        In his motion, the applicant asks that I alter or amend the judgment [#26] entered

by this court on July 12, 2011.  The judgment is based on my **Order On Application for**

**Writ of Habeas Corpus** [#25] filed July 8, 2011.  FED. R. CIV. P. 59(e) provides for a

motion to alter or amend a judgment.  The primary bases for a motion under Rule 59(e)

are

> (1) an intervening change in the controlling law, (2) new
> evidence previously unavailable, and (3) the need to correct
> clear error or prevent manifest injustice.

***Servants of the Paraclete v. Does***, 204 F.3d 1005, 1012 (10th Cir. 2000) (citations

omitted).  The applicant does not cite in his motion any intervening change in the

controlling law or new evidence previously unavailable.  Thus, I read his motion as

asserting that the judgment must be altered or amended to correct clear error or to prevent manifest injustice.  I have reviewed my **Order On Application for Writ of Habeas Corpus** [#25] filed July 8, 2011, and the arguments asserted in the applicant's present motion.  I conclude that the analysis and conclusions in my order [#25] are correct and that the applicant has not demonstrated in his present motion any need to correct clear error or prevent manifest injustice.

       **THEREFORE, IT IS ORDERED** that the applicant's **Motion To Alter or Ammend** (sic) **Judgment (Reconsideration) Under F.R.Civ. Proc. 59(e)** [#27] filed July 14, 2011, is **DENIED**.

       Dated July 19, 2011, at Denver, Colorado.

                    **BY THE COURT:**

                    Robert E. Blackburn
                    United States District Judge